FILED
November 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003917128

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
ZOEY P. MERRILL (California State Bar No. 268331)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
ALAN S. FUKUSHIMA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MARY LOUELLA RANDLES,<br><br>Debtor. | NO: 11-41965-C-7<br><br>DC No.: SLF 4<br><br>**MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN PROPERTY AT PUBLIC AUCTION**<br><br>Date: December 20, 2011<br>Time: 9:30 a.m.<br>Place: Department C<br>Honorable Christopher M. Klein |

MOTION TO SELL THE ESTATE'S
INTEREST IN PROPERTY                1
AT PUBLIC AUCTION

Chapter 7 Trustee Alan S. Fukushima respectfully moves for authorization to sell personal property of the estate at public auction. The Trustee believes the proposed sale of the personal property is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1. On September 12, 2011, the Debtor filed this case. Mr. Fukushima was appointed as the Chapter 7 Trustee.

2. The Debtor scheduled a 2004 Chevrolet Impala SS, which she claimed she owed jointly with a third party. She valued the vehicle at $11,000, claimed that her interest was valued at $5500, and claimed a $5500 exemption ($3525 under California Code of Civil Procedure Section 703.140(b)(2) and $1975 under Section 703.140(b)(5)) (the "Vehicle").

3. On October 13, 2011, the Debtor sent the Trustee a copy of the registration card for the Vehicle, VIN No. 2G1WP551549454785. The registration card states the Debtor is the registered owner of the Vehicle. (Fukushima Decl., ¶ 2).

4. On October 31, 2011, the Debtor filed Amended Schedules B and C, in which she decreased her exemptions in the Vehicle to $3335.23, under Code of Civil Procedure Section 703.140(b)(5).

5. On November 11, 2011, the Debtor filed second Amended Schedules B and C, in which she deleted the reference to a third party interest in the Vehicle. She valued the Vehicle at $11,000 and claimed an exemption of $3335.23 under Code of Civil Procedure Section 703.140(b)(5).

6. The Vehicle has been delivered for auction to West Auctions, Inc. ("West"), at 450 Santa Anita Drive, Woodland, California 95776. (Fukushima Decl., ¶ 3).

7. The Debtor did not schedule any liens against the Vehicle and the Trustee is unaware of any liens. (Fukushima Decl., ¶ 4).

MOTION TO SELL THE ESTATE'S
INTEREST IN PROPERTY
AT PUBLIC AUCTION

2

## SALE OF THE PROPERTY AT PUBLIC AUCTION

8. The Trustee believes, based on his knowledge and on West's evaluation of the Vehicle, that there is equity in the Vehicle and a sale of the Vehicle at public auction is the best method of liquidating it for the benefit of the estate. (Fukushima Decl., ¶ 5).

9. The Trustee is concurrently filing an application to employ West as auctioneer, which is also set for hearing on December 20, 2011. (Fukushima Decl., ¶ 6).

10. The Trustee believes that by using an auction process, the Vehicle will be exposed to a large number of prospective purchasers and, for that reason, will likely be sold for the best possible price. West engages in extensive advertising, including internet advertisements, syndication of auction announcements through network partners associated with the National Auctioneer's Association and California State Auctioneer's Association, and it emails auction announcements to its subscriber list of approximately 10,000 people. (Fukushima Decl., ¶ 7).

11. If the Court approves this Motion, the Trustee intends to sell the Vehicle at an online auction to be conducted at West's website, www.westauction.com. The Vehicle will be sold on an "AS IS" basis without any warranty. Interested persons may inspect the Vehicle on weekdays between 9:00 a.m. and 4:00 p.m. by appointment with West. Information regarding the sale or subsequent sale dates, if any, may be obtained by telephoning West, at (530) 661-0490. (Fukushima Decl., ¶ 8).

12. The Trustee intends to accept the highest reasonable bid. If, in the exercise of the Trustee's business judgment, no reasonable bid is received, the Vehicle may be held for subsequent auction or private sale without additional notice. (Fukushima Decl., ¶ 9).

13. The Trustee believes the sale of the Vehicle at a public auction is in the best interests of the creditors because it is likely to obtain the best possible price and should be approved by the Court under Bankruptcy Code Section 363. (Fukushima Decl., ¶ 10).

## AUCTIONEER COMPENSATION

14. As described in the application to employ West, the Trustee requests authorization to pay West a commission of 12 percent of the sales price of the property sold at auction plus reimbursement of $410 for the following expenses: 1) $185.00 for towing, 2) $150.00 for storage at an indoor facility ($75.00 per month for two months), and 3) $75.00 for DMV registration fees. (Fukushima Decl., ¶ 11).

## CONCLUSION

15. The Trustee respectfully requests that the Court authorize the sale of the Vehicle at public auction on the terms and conditions set forth in this Motion, approve the compensation of the auctioneer on the terms and conditions set forth in this Motion (12 percent of the sales price of the property sold at auction plus reimbursement of $410 for expenses), and that it grant such other and further relief as is appropriate.

Dated: November 22, 2011

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
ALAN S. FUKUSHIMA